

NUMBER 13-15-00396-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**EX PARTE JUAN VILLARREAL**

**On appeal from the 319th Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Juan Villarreal, proceeding pro se, filed a notice of appeal seeking to challenge the trial court's findings of fact, conclusions of law, and recommendation that the appellant's application for writ of habeas corpus be dismissed. On August 31, 2015, the Clerk of this Court notified appellant that it appeared this Court does not have jurisdiction over the order subject to appeal in this cause, and requested correction of this

defect within ten days or the appeal would be dismissed. Appellant responded by filing an amended notice of appeal.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (Vernon Supp. 2011); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Therefore, we are without jurisdiction to grant the requested relief.

The appeal is DISMISSED for want of jurisdiction.


PER CURIAM


Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of October, 2015.